UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>            Plaintiff,<br><br>     v.<br><br>STANISLAUS COUNTY SHERIFFS DEPARTMENT, et al.,<br><br>            Defendant. | 1:17-cv-00414 GSA (PC)<br><br>ORDER STRIKING APPLICATION TO PROCEED IN FORMA PAUPERIS (ECF No. 2.)<br><br>ORDER TO SUBMIT NEW COMPLETED AND SIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 22, 2017, Plaintiff filed the Complaint commencing this action, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2.) However, Plaintiff's application was not signed. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Therefore Plaintiff's application shall be stricken from the record,[1] and he shall be required to file a new completed and signed application.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis, filed on March 22, 2017, is STRICKEN from the record for lack of signature; and

---

[1] A document which is "stricken" will not be considered by the court for any purpose. (Informational Order, ECF No. 3 at 2 ¶II.A.)

1

2. Within thirty (30) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **March 24, 2017**           /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE