# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STANISLAUS COUNTY<br>SHERIFFS DEPARTMENT, et al.,<br><br>　　　　　Defendants. | Case No. 1:17-cv-00414-GSA-PC<br><br>**ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO SUBMIT SIGNED AND COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS**<br>**(ECF No. 7.)**<br><br>**DEADLINE: MAY 12, 2017**<br><br>**ORDER FOR CLERK TO SEND PLAINTIFF:**<br><br>　　**(1) A CIVIL COMPLAINT FORM, AND**<br><br>　　**(2) AN APPLICATION TO PROCEED IN FORMA PAUPERIS** |

　　　Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

　　　On March 24, 2017, the court issued an order requiring Plaintiff to file a completed and signed application to proceed in forma pauperis within thirty days. (ECF No. 4.) On April 11, 2017, Plaintiff notified the court that he may not be able to meet the thirty-day deadline because of delays by deputies in filling out the forms. Good cause appearing, Plaintiff shall be granted an extension of time <u>until May 12, 2017</u>, to submit the application to proceed in forma pauperis.

1

Plaintiff also requests a civil complaint form for filing another case. The Clerk shall send Plaintiff a civil complaint form and an application to proceed in forma pauperis.

Based on the above, IT IS HEREBY ORDERED that:

1. Plaintiff is granted an extension of time <u>until May 12, 2017</u>, to file a completed and signed application to proceed in forma pauperis, pursuant to the court's order of March 24, 2017; and

2. The Clerk is directed to send Plaintiff:

    (1) A civil complaint form, and

    (2) An application to proceed in forma pauperis.

IT IS SO ORDERED.

Dated: **April 13, 2017**  **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE