# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>   Plaintiff,<br><br>   v.<br><br>STANISLAUS COUNTY<br>SHERIFFS DEPARTMENT, et al.,<br><br>   Defendants. | 1:17-cv-00414-DAD-GSA-PC<br><br>**ORDER RE PLAINTIFF'S REQUEST**<br>**(ECF No. 24.)** |

William J. Gradford ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this case on March 22, 2017. (ECF No. 1.) On August 28, 2017, Plaintiff filed a request for the court to relate all of his cases at the court under Local Rule 123 and reassign them to the same district judge and magistrate judge. (ECF No. 24.)

Plaintiff has three cases at this court that are now open and pending: 1:17-cv-201-DAD-GSA-PC, 1:17-cv-00414-DAD-GSA-PC, and 1:17-cv-00575-DAD-GSA-PC. Plaintiff is advised that these three cases have already been related under Local Rule 123 and assigned to the same judges, District Judge Dale A. Drozd and Magistrate Judge Gary S. Austin.

1

Plaintiff requests that two of his other cases also be related and reassigned to the same judges: 17-cv-00528-SAB-PC and 1:17-cv-00792-JLT-PC. These two cases are closed. For that reason, they shall not be related or reassigned at this stage of the proceedings.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's request, filed on August 28, 2017, is RESOLVED.

IT IS SO ORDERED.

Dated: **August 31, 2017**      **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE